```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

BLAKE HAMPTON WALDEN                                    PLAINTIFF

    v.                           No. 05-5076

SGT. D. FAULKENBERRY, et al.                            DEFENDANTS

## **O R D E R**

Now on this 2nd day of September 2005, comes on for consideration the report and recommendation filed herein on July 25, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6.) No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, plaintiff's complaint is dismissed on the grounds that it is frivolous and fails to state a claim. See 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

                                      /S/JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE